The Lake Shore and Michigan Southern Railway Company, Appellant, v. Henry Allen and Others, Respondents.— Order affirmed, with costs. All concurred.

Martha R. Mansfield, Respondent, v. The New Theater Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., and Spring, J., who dissented upon the ground that the alleged negligence having occurred in the city of New York and the majority of the material witnesses residing in that county, the venue should be changed to that county.

Lake Shore and Michigan Southern Railway Company, Appellant, v. William B. Rickenbrode and Others, Respondents. — Order reversed and motion for confirmation of commissioners' report denied, with costs to abide event, and matter remitted to the Special Term for the appointment of new commissioners. All concurred, except Kruse and Robson, JJ., who dissented.

Lake Shore and Michigan Southern Railway Company, Appellant, v.

Carrie E. Crandall and Asa J. Crandall, Respondents.— Order affirmed, with costs. All concurred.